# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS NAPIER,** | 1:12-CV-1266 AWI DLB |
| Plaintiff, | |
| v. | ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Currently pending before this Court is Defendant United States's Rule 12(b)(1) motion to dismiss.  This motion is set for hearing on September 10, 2012, at 1:30 p.m.  Pursuant to Local Rule 230, Plaintiff was required to file either an opposition or a notice of non-opposition no later than August 27, 2012.  Plaintiff failed to do so.  Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules and is not entitled to be heard at oral argument.  See Local Rule 230(c).  The Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2012, is VACATED, and no party shall appear at that time.  As of September 10, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE